UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

SUKUP MANUFACTURING COMPANY                            PLAINTIFF

VS.                                                CIVIL ACTION NO. 4:07CV163-TSL-LRA

DEBORAH RUSHING D/B/A
GRAIN SYSTEMS REPAIRS
AND JIMMY RUSHING                                    DEFENDANTS

## MINUTE ENTRY ORDER

In view of the fact that the defendant in this case Jimmy Rushing, has filed for bankruptcy and all presently contemplated proceedings in this case have been stayed by the Bankruptcy Court, there appears to be no further reason at this time to maintain the file as an open one for statistical purposes, and the clerk is instructed to submit a JS-6 Form to the administrative office.

Nothing contained in this minute entry order shall be considered a dismissal or disposition of this case, and should further proceedings become necessary or desirable, any party may initiate proceedings in the same manner as if this minute entry order had not been entered.

SO ORDERED this the 14th day of September, 2009.

UNITED STATES DISTRICT JUDGE